IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NORMAN BLOCK                                                    PLAINTIFF

No. 4:25-cv-01060 JM/PSH

DEREK JOHNSON, JESSE SMITH,
CHRISTOPHER LOWERY, and
RYAN EDWARDS                                                   DEFENDANTS

ORDER

United States District Judge James M. Moody, Jr. recently referred this case to the undersigned for disposition of all pretrial matters.  Doc. No. 14.

Two motions are pending.  First, *pro se* plaintiff Norman Block ("Block") filed a motion to produce, seeking all physical evidence, including camera footage, from the incident which led to this lawsuit.  Doc. No. 12.  This motion is DENIED. Block is referred to the Federal Rules of Civil Procedure, including Rule 34, which directs a request for production to be served on the parties.  Block does not establish that he has done this.  Local Rule 5.5(c)(2) provides that any party proceeding *pro se,* such as Block, is expected to be familiar with and follow the Federal Rules of Civil Procedure.

1

Block also filed a motion for order.  Doc. No. 13.  He states that he recently received a document from counsel for the defendants and inquires if he should answer her questions.[1]  The Court does not provide legal advice to parties.  Block is again referred to the Rules of Civil Procedure.  Rules 26-37 deal with discovery issues.  The motion for order is DENIED.

In summary, the motions to produce and for order (Doc. Nos. 12 & 13) are denied for the reasons set forth.

IT IS SO ORDERED this 20th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants' counsel submitted interrogatories and requests for production of documents to Block.  Doc. No. 13, pages 3-9.

2